UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES *ex rel.* A. SCOTT POGUE, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 99-3298 (RCL) Part of Misc. No. 01-50 (RCL) |
| DIABETES TREATMENT CENTERS OF AMERICA, INC., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Upon consideration of the parties' motions [93, 1117, 1124, 1128, 1132, 1133] for leave to file motions in excess of ten pages, for leave to late file, and for leave to file a supplemental opposition; DTCA's motion [1105] to compel Relator to provide full and complete answers to its Second Set of Interrogatories; DTCA's motion [84] to compel HHS to comply with subpoena for documents and testimony; defendants the Atlanta Physicians' motion [82] to compel Relator to answer interrogatories and respond to requests for production of documents; and the applicable law and the entire record herein, it is hereby

ORDERED that all motions [93, 1117, 1124, 1128, 1132, 1133] for leave to file motions in excess of ten pages, for leave to late file, and for leave to file a supplemental opposition are GRANTED; it is further

ORDERED that DTCA's motion [1105] to compel Relator to provide full and complete answers to its Second Set of Interrogatories is GRANTED in part and DENIED in part; it is

GRANTED insofar as DTCA may, within ten days from this date, serve upon Relator nine interrogatories chosen from the list subdivided by this Court and provided in the Appendix to the accompanying Memorandum Opinion; it is DENIED as to all other relief; it is further

ORDERED that DTCA's motion [84] to compel HHS to comply with subpoena for documents and testimony is DENIED; it is further

ORDERED that defendants the Atlanta Physicians' motion [82] to compel Relator to answer interrogatories and respond to requests for production of documents is DENIED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, June 2, 2006.